OPPENHEIM et al. v. THANASOULIS.

(Supreme Court, Appellate Division, First Department. January 24, 1908.)

INJUNCTION—PERMANENT INJUNCTION.

The court has no power, upon motion and prior to the trial of the action, to make an order granting a permanent injunction, the relief demanded in the complaint.

[Ed. Note.—For cases in point, see Cent. Dig. vol. 27, Injunction, § 409.]

Appeal from Special Term.

Action by William Oppenheim and another against Aristides Thanasoulis. From an order of the Special Term granting an injunction, defendant appeals. Reversed, and motion denied.

Argued before PATTERSON, P. J., and INGRAHAM, CLARKE, HOUGHTON, and SCOTT, JJ.

James A. Allen, for appellant.
J. J. Pantell, for respondents.

PER CURIAM. The injunction order appealed from must be reversed, because it grants the relief demanded in the complaint upon motion and prior to the trial of the action. It is not an injunction pendente lite, but by its terms is permanent. The court has no power to make such an order in advance of the trial.

The order appealed from is reversed, with $10 costs and disbursements, and the motion denied, with $10 costs.